UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Lance Johnson

Defendant(s).
-------------------------------------------------------------X

DOC # 3

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-  ( )( )

21 mag 3618

Defendant __Lance Johnson__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

__x__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x__  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_[signature] Clay H. Kaminsky for Lance Johnson_
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_[signature]_
**Defendant's Counsel's Signature**

_Lance Johnson_
**Print Defendant's Name**

_Clay H. Kaminsky_
**Print Counsel's Name**

This proceeding was conducted by reliable telephone conferencing technology.

4-14-2021
**Date**

_[signature]_
**Ona T. Wang**
**United States Magistrate Judge**